EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone:  (408) 289-1776
Facsimile:  (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone:  (408) 993-9911
Facsimile:  (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| VERNON TRUITT AND LINDA TRUITT , | ) ) ) | Case No.: C 03-05214 RMW |
| Plaintiffs, | ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS VERNON TRUITT AND LINDA TRUITT** |
| v. | ) ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Vernon Truitt and Linda Truitt   and

Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Vernon

2057381.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs**
**Vernon Truitt and Linda Truitt  - 1**

1   Truitt and Linda Truitt   as to defendant Olin Corporation. All parties to bear their own costs

2   and legal fees incurred to date in this action.

3   Dated: _____

4

5                                       Respectfully submitted,

6

7                                       ALEXANDER, HAWES & AUDET, LLP

8                                       By: _____

9                                           RICHARD D ALEXANDER, Cal. Bar #48432
                                            JEFFREY W/ RICKARD, Cal. Bar #125180
10                                          RYAN M. HAGAN, Cal Bar #200850
                                            152 North Third Street, Suite 600
11                                          San Jose, CA 95112
                                            Telephone:  (408) 289-1776
12                                          Facsimile:  (408) 287-1776

13                                      Attorneys for Plaintiffs Vernon Truitt and Linda Truitt

14

15                                      HUSCH & EPPENBERGER, LLC

16
                                        By:   /s/ Carol A. Rutter
17                                            THOMAS M. CARNEY, admitted *pro hac vice*
                                              CAROL A. RUTTER, admitted *pro hac vice*
18                                            190 Carondelet Plaza, Suite 600
                                              St. Louis, MO  63105-3441
19                                            Telephone:  (314) 480-1500
                                              Facsimile:  (314) 480-1505
20
                                              RANDALL C. CREECH, Cal. Bar #65542
21                                            CREECH, LIEBOW & KRAUS
                                              333 West San Carlos Street
22                                            Suite 1600
                                              San Jose, CA  95110
23                                            Telephone:  (408) 993-9911
                                              Facsimile:  (408) 993-1335
24
                                        Attorneys for Defendant Olin Corporation
25

26

27

28

2057381.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Vernon Truitt and Linda Truitt  - 2**

1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3   VERNON TRUITT AND LINDA           )     Case No.: C 03-05214 RMW
    TRUITT ,                          )
4                                     )     **ORDER DISMISSING WITH**
                                      )     **PREJUDICE DEFENDANT OLIN**
5            Plaintiffs,              )     **CORPORATION BY PLAINTIFFS**
                                      )     **VERNON TRUITT AND LINDA**
6   v.                                )     **TRUITT**
                                      )
7   OLIN CORPORATION, et al.,         )
                                      )
8            Defendants.              )
                                      )

9

10       THIS MATTER coming on the motion of Plaintiffs Vernon Truitt and Linda Truitt

11  and Defendant Olin Corporation, for an order of dismissal with prejudice against the

12
    defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):
13

14       IT IS HEREBY ORDERED

15       Plaintiffs Vernon Truitt and Linda Truitt 's claims against Defendant Olin

16  Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party

17
    shall bear their own costs and legal fees incurred to date in this action.
18

19                          SO ORDERED:

20       AUG 1 1 2005   _Ronald M. Whyte_

21

22

23

24

25

26

27

28

---

2057381.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Vernon Truitt and Linda Truitt  - 3**